UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Gary Christopher McLamb            Docket No. 5:08-CR-348-1BO

## Petition for Action on Supervised Release

COMES NOW Maurice J. Foy, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Gary Christopher McLamb, who, upon an earlier plea of guilty to Possession of a Firearm and Ammunition By a Felon, 18 U.S.C. §§ 922(g)(1) and 924, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on April 21, 2009, to the custody of the Bureau of Prisons for a term of 120 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Gary Christopher McLamb was released from custody on July 14, 2017, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant has significant mental health concerns that require ongoing therapy. As a result, the defendant has requested to participate in mental health treatment with our local mental health provider, First Step Services. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,            I declare under penalty of perjury that the foregoing is true and correct.

/s/Michael C. Brittain
Michael C. Brittain
Supervising U.S. Probation Officer

/s/Maurice J. Foy
Maurice J. Foy
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8678
Executed On: August 03, 2017

Gary Christopher McLamb
Docket No. 5:08-CR-348-1BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this \_\_\_4\_\_\_ day of \_\_\_August\_\_\_, 2017, and ordered filed and made a part of the records in the above case.

*Terrence Boyle*
Terrence W. Boyle
U.S. District Judge